IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANADOLYN JOHNSON AND | § | |
| BRIAN A. BREWER - TRUSTEE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-01284 |
| | § | |
| WILMINGTON SAVINGS FUND | § | |
| SOCIETY, FSB | § | |

### PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Shanadolyn Johnson and Brian A. Brewer - Trustee, Plaintiffs herein, and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, filing this their Certificate of Interested Parties and in support hereof would respectfully show the Court as follows:

1. Plaintiffs:

   Shanadolyn Johnson
   Brian A. Brewer - Trustee
   c/o Robert C. Vilt
   Texas Bar No. 00788586
   S.D. Bar No.   20296
   clay@viltlaw.com
   Vilt and Associates, P.C.
   5177 Richmond Avenue, Suite 1142
   Houston, TX 77056
   Telephone:    713.840.7570
   Facsimile:    713.877.1827

    2.    Defendant:

        Wilmington Savings Fund Society, FSB
        c/o Michael F. Hord Jr.
        Texas Bar No.  00784294
        S.D. Bar No.   16035
        mhord@hirschwest.com
        Eric C. Mettenbrink
        Texas Bar No.  24043819
        S.D. Bar No.   569887
        emettenbrink@hirschwest.com
        Hirsch & Westheimer, P.C.
        1415 Louisiana, 36th Floor
        Houston, TX 77002
        Telephone:     713.220.9182
        Facsimile:     713.223.9319

        Respectfully submitted,

        VILT AND ASSOCIATES, P.C.

    By:    /s/ *Robert C. Vilt*
        Robert C. Vilt
        Texas Bar No. 00788586
        S.D. Bar No.   20296
        Email: clay@viltlaw.com
    5177 Richmond Avenue, Suite 1142
    Houston, TX 77056
    Telephone:     713.840.7570
    Facsimile:     713.877.1827

**CERTIFICATE OF INTERESTED PARTIES**   2
**FEDERAL RULES OF CIVIL PROCEDURE**
Civil Action No. 4:18-cv-01284; *Shanadolyn Johnson and Brian A. Brewer - Trustee v. Wilmington Savings Fund Society, FSB*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Certificate of Interested parties was sent to the following by the Court's CM/ECF system on this the 14th day of September, 2018.

Michael F. Hord Jr.
Eric C. Mettenbrink
Hirsch & Westheimer, P.C.
1415 Louisiana, 36th Floor
Houston, TX 77002

                                                                      By:   */s/ Robert C. Vilt*
                                                                                 ROBERT C. VILT

**CERTIFICATE OF INTERESTED PARTIES**   3
**FEDERAL RULES OF CIVIL PROCEDURE**
Civil Action No. 4:18-cv-01284; *Shanadolyn Johnson and Brian A. Brewer - Trustee v. Wilmington Savings Fund Society, FSB*